IN THE FOURTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 14-4449 |
| | ) |
| KENIA VERGES, | ) |
| | ) |
| Defendant. | ) |

<u>CONSENT MOTION TO VOLUNTARILY DISMISS APPEAL</u>

COMES NOW, Kenia Verges, by counsel, and moves this Court, to dismiss her appeal pursuant to Rule 42 of the Fourth Circuit Rules of Appellate Procedure and in support of her Motion, Ms. Verges states as follows:

1.      Counsel and Ms. Verges spoke about the potential arguments that could be advanced on appeal, the likelihood that those arguments would lead to a new trial, and the consequences if this Court dismissed her appeal.

2.      Given the sentence that she received, the lack of viable issues on appeal, and her desire to accept her conviction and sentence and move forward, Kenia Verges moves this Court to dismiss her appeal.

3.      Ms. Verges understands that she has been convicted of a felony offense that cannot later be expunged or removed from her record.

4.      Ms. Verges understands that by dismissing her appeal now, she may not later, in the future, reinstate or file another appeal of her case.

1

5.      Ms. Verges understands that by dismissing her appeal, she may not appeal the

sentence or conviction that she received in the District Court and that the conviction and

sentence imposed remain in effect.

6.      As Ms. Verges qualifies for court appointed counsel, all costs and fees are to be

assessed pursuant to the Criminal Justice Act.

7.      As indicated by the signature below, the Government does not object to

dismissal of this Appeal.


                                            Respectfully submitted,
                                            KENIA VERGES
                                            By Counsel


THE LAW OFFICE OF MELINDA L. VANLOWE, PC



BY:      _____/s/_____
         Melinda L. VanLowe, Esquire
         Virginia State Bar I.D. Number 51143
         Counsel for Kenia Verges
         10476 Armstrong Street
         Fairfax, VA 22030
         (703) 865-5555
         (703) 763-2372 (fax)
         melinda@vanlowelaw.com


BY:      _____
         KENIA VERGES


2

BY:          _____/s/_____
             Edward Reilly, Esquire
             Consumer Financial Protection Bureau
             1700 G Street, NW
             Washington, D.C. 20552
             (202) 435-9426 (o)
             (202) 309-1320 (c)
             edward.reilly@cfpb.gov


CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2014, I will electronically file this Consent Motion to Dismiss Appeal with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gene Rossi, Esquire
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
gene.rossi@usdoj.gov

Edward Reilly, Esquire
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552
(202) 435-9426 (o)
(202) 309-1320 (c)
edward.reilly@cfpb.gov


                              _____/s/_____
                              Melinda L. VanLowe, Esquire
                              Virginia State Bar I.D. Number 51143
                              Counsel for Kenia Verges
                              The Law Office of Melinda L. VanLowe, PC
                              10476 Armstrong Street
                              Fairfax, VA 22030
                              (703) 865-5555
                              (703) 763-2372 (fax)
                              melinda@vanlowelaw.com


3