FILED: September 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4448
(1:13-cr-00222-JCC-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ALICIA GARCIA RIVERA

      Defendant - Appellant

_____

No. 14-4449
(1:13-cr-00222-JCC-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

KENIA YASIRIS VERGES

      Defendant - Appellant

_____

O R D E R
_____

The court deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>