# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 14-4448 |
| | ) | |
| ALICIA GARCIA RIVERA | ) | |


## MOTION TO FILE OVER SIZE JOINT APPENDIX

COMES NOW Appellant Alicia Rivera, by and through undersigned counsel, hereby moves for leave to file an over size Joint Appendix, pursuant to L.R. 32(a), in excess of 250 double-sided pages. In support of this motion, Appellant states the following:

1. Local Rule 32(a) states that "[n]o joint appendix in a court-appointed case should exceed 250 sheets without advance permission from the Court; unless such permission is granted, reimbursement of copy expenses will be limited to 250 sheets."

2. The Joint Appendix in this case, which includes a transcript of the trial, is approximately 742 pages (371 sheets).

3. The Joint Appendix is due to this Court on October 9, 2014.

4. Counsel for the United States does not oppose this Motion.

For the foregoing reasons, Appellant respectfully requests this Honorable Court grant leave to file an oversized Joint Appendix.

Respectfully submitted,


_____/s/_____
Joseph R. Conte
400 7th Street, NW
Suite 400
Washington, D.C. 20004
Phone: 202.628.4100
Fax:     202.638.0249
dcgunlaw@gmail.com


_____/s/_____
Joseph R. Conte
400 7th Street, NW
Suite 400
Washington, D.C. 20004
Phone: 703.981.3629
Fax:     202.638.0249
cjs@cjsoschin.com

*Counsel for Alicia Rivera*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Extend Time to File Over Size Appendix was served by ECF to all parties this 9th Day of October, 2014.


_____/s/_____
Charles J. Soschin