FILED: October 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4448
(1:13-cr-00222-JCC-2)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ALICIA GARCIA RIVERA

        Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 12/01/2014

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk