IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellee, | ) |
| | ) |
| v. | ) No. 14-4448 |
| | ) |
| ALICIA GARCIA RIVERA, | ) |
| | ) |
| Appellant. | ) |
| _____ | ) |

**Motion by the United States
to File a Supplemental Appendix**

The United States respectfully requests permission to file a supplemental appendix.

1.  The supplemental appendix consists of airline records related to Rivera's flight to Guatemala (*see* J.A. 368), hotel records of co-conspirators identified at trial (*see* J.A. 218, 233, 235, and 257), and ATS-P/TECS records related to Rivera and her co-defendant's flights to and from Guatemala (*see* J.A. 519), that were entered into evidence at trial. These are part of the record in the case before the district court, *United States v. Kenia Verges, et al.,* 1:13-CR-222-JCC (E.D. Va.), and are provided in the supplemental appendix for the convenience of this Court.

2.  These materials are relevant to Rivera's argument that there was insufficient evidence to support her conviction for conspiracy to import heroin. The

United States has cited, quoted, or referenced these items in responding to Rivera's argument.

4. The United States believes these that materials will be helpful to the Court in addressing this issue. These materials were not included in the joint appendix.

5. Because the United States believes that having these materials readily available to the Court and defense counsel will be helpful, the United States is requesting leave to submit these materials as a supplemental appendix. The United States is bearing the cost of reproducing the supplemental appendix.

6. The supplemental appendix does not exceed fifty-five pages.

7. The United States contacted counsel for Rivera and he has indicated that he does not oppose this motion.

WHEREFORE, the United States requests leave to file a Supplemental Appendix.

                                      Respectfully submitted,

                                      Dana J. Boente
                                      United States Attorney

                          By: _____/s/_____
                                      Edward J. Reilly
                                      Special Assistant United States Attorney
                                      U.S. Attorney's Office

Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(202) 435-9426

## Certificate of Service

I hereby certify that on this 21st day of November, 2014, the foregoing Brief of the United States was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following registered CM/ECF users:

Joseph R. Conte
400 7th Street, N.W., Ste. 400
Washington, D.C. 20004
Tel: (202) 638-4100
Fax: (202) 628-0249

Charles J. Soschin
400 7th Street, N.W., Ste. 400
Washington, D.C. 20004
Tel: (703) 981-3629
Fax: (202) 628-0249

By: _____/s/_____
Edward J. Reilly
Special Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(202) 435-9426